UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CV-00440-MOC-DSC

| | |
|---|---|
| WESLEY E. DAYS and PASHEENA DAYS, <br><br> Plaintiffs, <br><br> vs. <br><br> BAYVIEW LOAN SERVICING, LLC, BANK NATIONAL ASSOCIATION, as trustee, BAYVIEW OPPORTUNITY FUND III A, U.S. BANK NATIONAL ASSOCIATION, as trustee, BAYVIEW OPPORTUNITY FUND IIIa GRANTOR TRUST 2015-1 BENEFICIAL INTEREST CERTIFICATES, SERIES 2015-1, U.S. BANK NATIONAL ASSOCIATION, as trustee, BAYVIEW OPPORTUNITY MASTER FUND IIIa REMIC TRUST 2017-RN3, SN LOAN SERVICING CORPORATION; NS163 LLC; LINEAR MORTGAGE, LLC and MADISON MANAGEMENT SERVICES, LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Motions to Dismiss Plaintiffs' Second Amended Complaint for Failure to State a Claim, brought under Federal Rule of Civil Procedure 12(b)(6), and filed by the Bayview Defendants (Doc. No. 47) and the SN Defendants (Doc. No. 50). In support, Defendants extensively rely on supporting documents outside the complaint. (See, e.g., Doc. No. 48 at 11 (arguing "Plaintiffs did not continue to make loan payments" and "refused to execute any of the written loan modifications"); Doc. No. 51 at 3 (asserting "[t]he SN Defendants timely responded to [Plaintiffs'] complaints and offered the[m] a Loan modification, which the Plaintiffs refused")). But on Rule 12(b)(6) dismissal motions, the Court generally considers only

the allegations on "the face of the complaint." Waugh Chapel S., LLC v. United Food & Commercial Workers Union Local 27, 728 F.3d 354, 360 (4th Cir. 2013). In accordance with its obligation to liberally construe pro se complaints, the Court now enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Motions to Dismiss Plaintiffs' Second Amended Complaint for Failure to State a Claim, filed by the Bayview Defendants (Doc. No. 47) and the SN Defendants (Doc. No. 50), are denied pending further development of the record, and the Court will issue a ruling after discovery and the parties' filing of summary judgment motions.

Signed: January 30, 2020

Max O. Cogburn Jr
United States District Judge