# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:18-cv-440-MOC-DSC

| | |
|---|---|
| **WESLEY E. DAYS** and **PASHEENA DAYS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **BAYVIEW LOAN SERVICING, LLC.** et al. ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court after the October 30, 2020 hearing considering the Plaintiffs' Motion for an Order under Document #68 (Doc. No. 83) and Defendants' Joint Motion for an Order Compelling Plaintiffs to Mediate (Doc. No. 86).

**IT IS, THEREFORE, ORDERED** that Plaintiffs must file a Motion to Amend their Complaint with the Amended Complaint attached by November 6, 2020. Defendants must respond to Plaintiffs' motion by November 13, 2020.

Signed: October 30, 2020

Max O. Cogburn Jr
United States District Judge

1