UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00440-MOC-DSC

| | | |
|---|---|---|
| **PASHEENA DAYS** | ) | |
| **WESLEY E. DAYS,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BAYVIEW LOAN SERVICING LLC et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on plaintiffs' pro se Motion for Summary Judgment. (Doc. No. 103). Plaintiffs submitted a brief in support of their pro se Motion for Summary Judgment. (Doc. No. 104). Review of that Motion and the Responses filed in opposition to such motion clearly show that it is premature as the issues have not joined and discovery has not been had, all of which prevent a determination of whether genuine issues of material fact remain for trial. See Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986); Harrods Ltd. V. Sixty Internet Domain Names, 302 F.3d 214, 244 (4th Cir. 2002). Having considered plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

-1-

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion for Summary Judgment (Doc. No. 103) is **DENIED** without prejudice.

Signed: December 21, 2020

Max O. Cogburn Jr
United States District Judge