UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00440-MOC-DSC

| | | |
|---|---|---|
| **PASHEENA DAYS** | ) | |
| **WESLEY E. DAYS**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **BAYVIEW LOAN SERVICING, LLC et al.**, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Bayview Defendants' Motion for an Order under Document #68. (Doc. No. 83). Because Plaintiffs' Motion for an Order under Document #68 is essentially a Motion to Amend the Complaint and the Court granted Plaintiff's Motion to Amend their Complaint (Doc. No. 89) on November 23, 2020 (Doc. No. 95), the Motion for an Order under Document #68 is MOOT.

**ORDER**

**IT IS, THEREFORE, ORDERED** that

1. Plaintiffs' pro se Motion for an Order under Document #68 (Doc. No. 83) is **MOOT.**

Signed: December 28, 2020

Max O. Cogburn Jr
United States District Judge

-1-