UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00440-MOC-DSC

| | | |
|---|---|---|
| **WESLEY E. DAYS and PASHEENA DAYS,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BAYVIEW LOAN SERVICING et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Amend March 2, 2021 order granting Motion to Compel.

The Court finds that amendment is proper under Federal Rule of Civil Procedure 59(e). The Court therefore amends its March 2, 2021 order to require Plaintiffs to fully respond to Defendant's Discovery Requests (including providing responsive documents) **no later than Tuesday, March 16, 2021**.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Amend March 2, 2021 order granting Motion to Compel (#129) is **GRANTED**.

Signed: March 10, 2021

Max O. Cogburn Jr
United States District Judge

1